# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KARLOS-LATWIAN HARRIS,

        Plaintiff,                              Case Number: 08-10619

v.                                               JUDGE PAUL D. BORMAN
                                                      UNITED STATES DISTRICT COURT

WASHTENAW COUNTY, BRIAN L.
MACKIE, LOREN BROWN, AMY
ELLINGER, CAMILLE T. HORN, and
JOHN B. COLLINS,

        Defendants.
_____ /

## ORDER DENYING PLAINTIFF'S JULY 21, 2008 AND DECEMBER 5, 2008 MOTIONS

      Before the Court are Plaintiff's July 21, 2008, Motion to Proceed, (Doc. No. 9), and Plaintiff's December 5, 2008, Motion to Reactivate Action and Take Jurisdiction Immediately (Doc. No. 10). Plaintiff filed the two motions after this Court dismissed his complaint, without prejudice, on May 19, 2008. (Doc. No. 6). This Court dismissed Plaintiff's complaint because he failed to file an application to proceed without prepayment of the fees and costs for a civil action and a certified statement of his trust fund account at the prison. *Harris v. Washtenaw County, et al.*, No. 08-10619, 2008 WL 2115236 (E. D. Mich. May 19, 2008). Accordingly, to pursue his claims in this Court, Plaintiff will need to refile his complaint, along with an application to proceed without prepayment of fees and costs and a certified statement of his trust fund account at the prison, if he intends to proceed *in forma pauperis*.

      This Court, therefore, **DENIES** Plaintiff's Motion to Proceed (Doc. No. 9) and his

Motion to Reactivate Action and Take Jurisdiction Immediately (Doc. No. 10).

SO ORDERED.

        S/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated:  January 16, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 16, 2009.

        S/Denise Goodine
        Case Manager